IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
Jeffrey L. Thomas and Elisa M. :
Liberatore-Thomas, :
:
DEBTORS. : CASE NO. 08-28667

## AFFIDAVIT OF INCOME

Jeffrey L. Thomas and Elisa M. Liberatore-Thomas, Debtors in the within bankruptcy, state that they are self-employed operating T's Tattoo. From January 1, 2008, through the present, they has grossed $ 26,389 , prior to deducting their expenses. They have has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Jeffrey L. Thomas, Debtor

_____
Elisa M. Liberatore-Thomas, Co-Debtor

# Gross Business Income
## T's Tattoos

| March '08 | Gross Sales = $4,794.- | Aug '08 | = $3,086.- |
|---|---|---|---|
| | -Rent, Utilities = 808.19 | | = 997.12 |
| | -Supplies = 132.12 | | = 121.70 |
| | Net  $3,853.69 | | $1967.18 |

April '08  Gross Sales = $3,463.-        Sept '08 = $4584.50
          -Rent, Utilities = 1,242.38            = 1058.01
          -Supplies = 47.00                      = 33.69
          Net  $2,173.62                         $3492.80

May '08  Gross Sales = $3,290.-         Oct '08 = $2,631.75
         -Rent, Utilities = 1,108.61             = 931.20
         -Supplies = 104.97                      = 62.99
         Net = $2,076.42                         $1637.56

June '08  Gross Sales = $1791.25        Nov '08 = $395
          -Rent, Utilities = 959.17             = 952.70
          -Supplies = 56.21                     = 41.87
          Net = 775.87                          $ -598.87

July '08  Gross Sales = $2,353.50       Dec '08   1,033
          -Rent, Utilities = 1056.-                712
          -Supplies = 163.20                       321
          Net  $1,134.30