**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey L. Thomas**
**fdba Thomas Construction**
**Elisa M. Liberatore–Thomas**
**fka Elisa M. Liberatore**
   Debtor(s)

Bankruptcy Case No.: 08–28667–MBM

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Robert H. Slone is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 5, 2009

<u>M. Bruce McCullough</u>
United States Bankruptcy Judge